# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0823

_____

JAMES THOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Kevin J. Carroll, Judge.

February 1, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, ROWE and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James Thomas, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.